UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE ANTI-TERRORISM OFFICER

    Plaintiff,

- against -

CITY OF NEW YORK, BRUCE TEFFT, et al.

    Defendants,

Docket No. 06-CV-13738 (BSJ)

## DECLARATION OF JERRY S. GOLDMAN IN SUPPORT OF MOTION TO WITHDRAW MEGHAN K. FINNERTY AND WILLIAM H. PILLSBURY AS ATTORNEYS OF RECORD

1. I am a member of the law firm of Anderson Kill & Olick, P.C. ("AKO"), attorneys for Defendant, Bruce Tefft.

2. I am familiar with the proceedings in this case. I make this statement in support of the law firm of AKO's motion to withdraw Meghan K. Finnerty and William H. Pillsbury as attorneys of record for the Defendant, Bruce Tefft in the above captioned matter.

3. Meghan K. Finnerty is no longer affiliated with the law firm of AKO.

4. William H. Pillsbury is no longer affiliated with the law firm of AKO.

5. For the foregoing reasons, the undersigned respectfully requests that this Court grant the law firm of AKO leave to withdraw Meghan K. Finnerty and William H. Pillsbury as attorneys of record in the above captioned matter. A proposed Order is attached for the Court's convenience.

NYDOCS1-934480.2

6.    I certify that all of the forgoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

November 23, 2009

By: _____
Jerry Goldman, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Attorneys for Defendant,
Bruce Tefft

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE ANTI-TERRORISM OFFICER<br><br>Plaintiff,<br><br>- against -<br><br>CITY OF NEW YORK, BRUCE TEFFT, et al.<br><br>Defendants, | Docket No. 06-CV-13738 (BSJ) |

### ORDER TO WITHDRAW MEGHAN K. FINNERTY AND WILLIAM H. PILLSBURY AS ATTORNEYS OF RECORD

Before the Court is the Motion to Withdraw Meghan K. Finnerty and William H. Pillsbury as Attorneys of Record as counsel for Defendant, Bruce Tefft.

It is **ORDERED** that Meghan K. Finnerty and William H. Pillsbury be withdrawn as counsel for Defendant, Bruce Tefft in the above-referenced action.

It is further **ORDERED** that all other counsel listed in the record of the law firm of Anderson, Kill & Olick, P.C. will continue to represent Defendant, Bruce Tefft in this matter.

Signed this ___ day of _____, 2009

_____

NYDOCS1-934480.2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion to Withdraw Meghan K. Finnerty and William H. Pillsbury as Attorneys of Record was served via the Court's Electronic Case Filing system, on November 23, 2009, upon all counsel of record.

_____
Jerry S. Goldman, Esq.