ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOHN DOE ANTI-TERRORISM OFFICER,

              Plaintiff,

-against-

THE CITY OF NEW YORK, BRUCE TEFFT,
DEPUTY COMMISSIONER DAVID COHEN,
INSPECTOR MATTHEW PONTILLO,
JOHN/JANE DOES 1-5,

              Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

06 Civ. 13738 (BSJ) (KNF)

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties herein that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above captioned action is dismissed with prejudice without costs to any party.

Dated:   New York, New York
      January 8, 2010

EMERY CELLI BRINCKERHOFF
 & ABADY LLP
Attorneys for Plaintiff
75 Rockefeller Plaza, 20th Floor
New York, N.Y. 10019
(212) 763-5000

By: _____
  Ilann Maazel (IM-5724)

Michael A. Cardozo
Corporation Counsel of the
 City of New York
Attorney for Defendants City of New York,
David Cohen and Matthew Pontillo
100 Church Street, Room 2-186
New York, New York 10007
(212) 788-0954

By: _____
  Lawrence J. Profeta (LP-5674)
  Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.

2-19-10